UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES POSTAL SERVICE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO,<br><br>　　　　Defendant. | Civil Action No. 1:23-cv-1479-ACR |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action in its entirety with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: March 4, 2024　　　　　　　　　　Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

/s/ Olivia R. Singer
Olivia R. Singer (*pro hac vice*)
COHEN, WEISS AND SIMON LLP
900 Third Avenue
New York, New York 10022-4869
Tel: (212) 563-4100
*Counsel for Defendant*

JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Federal Programs Branch

/s/ Christian S. Daniel
Christian S. Daniel (DC Bar No. 1600226)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Rm. 12304
Washington, D.C. 20005
Tel: (202) 514-5838
Email: christian.s.daniel@usdoj.gov

*Counsel for Plaintiff*