UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES POSTAL SERVICE,<br><br>      Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO,<br><br>      Defendant. | Civil Action No. 1:23-cv-1479-ACR |

## JOINT STATUS REPORT

Pursuant to the Court's January 17, 2024 minute order, the parties report that the mediation resulted in a settlement agreement respecting all claims, and accordingly there are no remaining issues for this Court to address. The parties have filed a Joint Stipulation of Dismissal. *See* ECF No. 15.

Dated: March 4, 2024

*/s/ Olivia R. Singer*
Olivia R. Singer (*pro hac vice*)
COHEN, WEISS AND SIMON LLP
900 Third Avenue
New York, New York 10022-4869
Tel: (212) 563-4100

*Counsel for Defendant*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Federal Programs Branch

*/s/ Christian S. Daniel*
Christian S. Daniel (DC Bar No. 1600226)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Rm. 12304
Washington, D.C. 20005
Tel: (202) 514-5838
Email: christian.s.daniel@usdoj.gov

*Counsel for Plaintiff*